CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7018
Facsimile: (415) 436-7234
Savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE STEPHEN BENT,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF IMMIGRATION APPEALS, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-10068 TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 15, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking to compel the Board of Immigration Appeals ("Board") to take action in Plaintiff's remanded proceedings. Due to an administrative oversight, the Board did not issue a briefing schedule until October 14, 2026. The concurrent briefing schedule is scheduled to expire on November 25, 2026. After the briefing period closes, the Board will prepare the case for adjudication. However, the Board is unable to provide a projected timeline for issuing a decision. The parties conferred and agree to stay proceedings in this case to allow the Board additional

time to issue a final decision.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 15, 2027, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 16, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorneys for Defendants

Dated: November 16, 2026

*/s/ Zachary Nightingale*
ZACHARY NIGHTINGALE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.